# ATTACHMENT A

15-2538 BPG



*FILED UNDER SEAL*
**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your Affiant, Matthew Vilcek, Special Agent, Federal Bureau of Investigation, Baltimore, MD, being duly sworn, hereby deposes and states as follows:

## PURPOSE OF THE AFFIDAVIT

1. This affidavit is made in support of Criminal Complaint and an Arrest Warrant for Christopher Salisbury ("SALISBURY"), whom I respectfully submit committed production of child pornography in violation of 18 U.S.C. § 2251(a).

2. I am Special Agent with the FBI and have been employed in that capacity since March, 1999. I am currently assigned to the Baltimore Division, Violent Crimes Against Children Squad, where I am responsible for investigations involving the online sexual exploitation of children, including federal violations related to child prostitution and the production, importation, advertising, receipt, and distribution of child pornography. I have gained extensive experience investigating offenses related to the online sexual exploitation of children through training in seminars, classes, and daily work related to conducting these types of investigations. I have participated in the execution of numerous search warrants involving child sexual exploitation and/or child pornography offenses resulting in the search and seizure of computers, computer equipment, software, and electronically stored information.

3. The statements contained in this affidavit are based upon the following: my knowledge; knowledge obtained from other individuals during my participation in this investigation, namely FBI Special Agent Timothy Alon; knowledge obtained from other law enforcement officers; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through your affiant's training and experience. As the purpose of this Affidavit is only to

establish probable cause. I have not set forth each and every fact known to me concerning the investigation.

4. On or about August 3, 2015, Special Agent (SA) Timothy Alon, assigned to the Los Angeles Division of the Federal Bureau of Investigation, obtained a federal search warrant signed by the Honorable Andrew J. Wistrich, United States Magistrate Judge, for the residence located at 525 East Seaside Way, Unit 1702, Long Beach, California 90802 (hereinafter, the "Residence"), Case Number 15-1429M, to search for instrumentalities and evidence of violations of Title 18, United States Code, Sections 2252A(a)(5)(B) (access with intent to view and possession of child pornography).

5. On or about August 13, 2015, law enforcement agents from the FBI executed the search warrant at the Residence and seized a variety of evidence, including an ASUS laptop (SN C4NOA542916516B) ("ASUS laptop") and a Western Digital My Passport 1TB external hard drive (SN WXL1E92HD2R7) ("WD Hard Drive"). Pursuant to the terms of the search warrant, law enforcement could search these seized digital devices for a period of 60 days, which expired on or about October 12, 2015. All of the seized items belonged to either David Clark or SALISBURY, both of whom were current occupants of the Residence. The ASUS laptop was seized from the living room of the Residence and the WD Hard Drive was seized from SALISBURY's backpack found in the living room.

6. During the execution of the search warrant, SA Alon, along with another agent, interviewed SALISBURY. SALISBURY stated that he has been living at the Residence since October or November, 2014. He advised that he stayed in the living room of the Residence and that his roommate, Clark, stayed in the bedroom. SALISBURY stated that the ASUS laptop seized from the living room belonged to him.

2

7. Between the dates the digital devices were seized from the Residence and on or about September 30, 2015, SA Alon completed the review of all but three seized items. One of the items not reviewed was the WD Hard Drive. The reviews were conducted at the Orange County Regional Forensics Laboratory ("RCFL") in Orange, California and the FBI offices located in Long Beach, California. SA Alon found approximately 300 images and 13 videos of suspected child pornography on the ASUS laptop.

8. On or about August 17, 2015 by email, and again on September 8, 2015 in person, David Clark advised SA Alon that both the ASUS laptop and WD Hard Drive - which were previously seized by the FBI from the Residence during the search warrant - belonged to SALISBURY. Clark was later returned items belonging to him that were previously seized during the execution of the search warrant as these items were determined not to contain any child pornography.

9. On or about October 20, 2015, SA Alon obtained a federal court order authorizing the government to retain and search three items, including the WD Hard Drive, pursuant to the terms of the original warrant, for an additional 90 days. The order was signed by the Honorable Charles F. Eick, United States Magistrate Judge on or about October 20, 2015.

10. After the court authorized the 90 day extension to review the digital devices, SA Alon began the review of the WD Hard Drive. As of November 13, 2015, SA Alon identified the following files on the WD Hard Drive:

   a. Over 50,000 images and 3,000 videos of suspected child pornography;

   b. Over 1,000 child pornography files involving bondage and/or victims that appear to be under 5 years old;

   c. Over a dozen images and/or videos of unsuspecting minor females in public places such as at a water park and mall. Many of these images and/or videos appear to have been taken surreptitiously; and

3

       d. Several images of Christopher Salisbury.

11. In addition to the items listed above, SA Alon also located several hundred images and videos of child pornography on the WD Hard Drive. I have reviewed these images, and based on that review, as well as my training and experience, I believe that these images and videos of child pornography were produced by SALISBURY. Additional facts supporting this conclusion are provided below. The videos and images include depictions of a minor female, hereafter Minor Victim #1, ████████████████████. The videos and images of Minor Victim #1 in sexually explicit conduct appear to have been produced over the course of many years, in that there are images and videos of Minor Victim #1 where she was possibly as young as 8 or 9 through when she was as old as 12 or 13. Additionally, the metadata of the files reflects "modified" dates from 2007 through 2013. A sampling of these videos is described in detail below:

    a. "IBSBJ.3gp.3gpp" found on the WD Hard Drive: This video depicts Minor Victim #1 stroking and performing oral sex on and adult male's erect penis. The adult male offered Minor Victim #1 $10 to have the minor take off her pants off and/or to swallow the "white stuff." The minor said she did not want to do either. The male in the video is an adult white male with dark pubic hair. The metadata of the file reflects a "modified" date of March 5, 2010;

    b. "ISBj20.3gpp" found on ASUS laptop: This video depicts Minor Victim #1 performing oral sex on the penis of an adult male, believed to be SALISBURY, while he lies on his back. The adult male says, "you suck dick so..." and then ejaculates. The male in the video is an adult white male with dark pubic hair. The metadata of the file reflects a "modified" date of June 17, 2011;

    c. "VID00001 (2).MP4" found on the ASUS laptop: This video depicts Minor Victim #1 taking a shower, seemingly unaware of the camera. The video clearly captures SALISBURY's face, while he is setting up the camera to surreptitiously record the Minor Victim #1 showering. After setting up the video camera and exiting the bathroom, SALISBURY calls Victim#1 by name. Minor Victim #1 is then captured on video undressing, entering and exiting the shower, examining herself and getting dressed. Minor Victim #1's genitals can be seen in the video.

4

SALISBIRY is an adult white male with dark hair. The metadata of the file reflects a "modified" date of November 18, 2013.

12. Through investigation of Salisbury, SA Alon became aware that SALISBURY had previously been investigated by the Frederick, Maryland Police Department (FPD) in reference to a child sex offense allegation. According to the FPD police report related to this allegation, a seven year-old, who was ▇▇▇▇▇▇▇▇▇▇, alleged in May, 2013 that SALISBURY sexually molested her ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. After reviewing a copy of the police report related to this incident, on November 18, 2015, I spoke with FPD Detective Dale Renninger, who was assigned to the 2013 sex offense investigation involving SALISBURY. Det. Renninger advised that, due to the facts and circumstances surrounding the allegations against SALISBURY, SALISBURY was never charged with a crime in this matter.

13. Knowing that Minor Victim #1 was interviewed by the FPD as part of their 2013 investigation, I forwarded Det. Renninger a sanitized image of Minor Victim #1 from the WD Hard Drive. This image was part of a series of images in which Minor Victim #1 is observed performing a sex act on an adult male. Upon reviewing the image, Det. Renninger advised that that Minor Victim #1 is ▇▇▇▇▇▇▇▇▇▇, who he interviewed in 2013.

14. On November 19, 2015, a Deputy of the Frederick County Sheriff's Office forwarded to me a school photo ▇▇▇▇▇▇▇. I recognized the photograph as Minor Victim #1. Minor #1 was born in ▇▇▇, and at the time of the FPD investigation in 2013, lived as a family with her father, mother and siblings.

15. In addition to the videos described above, numerous additional videos contained on the WD Hard Drive appear to have been filmed by an adult male, inside a residence, which focus on the buttocks and genital region Minor Victim #1, while clothed. Minor Victim #1 is

5

Case 1:15-cr-00621-GLR Document 1-2 Filed 11/20/15 Page 6 of 6
Case 1:15-mj-02538-BPG Document 5-1 Filed 11/19/15 Page 6 of 6

15-2538 BPG

approximately 12 years old in these videos and appears unaware that she is being recorded. In some of these videos, an adult male's voice can be heard in close proximity to the camera. In others, the legs and feet of an adult while male with dark hair are also visible at an angle, which suggests the adult male is indeed filming the recording.

## CONCLUSION

16. Based on all of the facts contained in this affidavit, I believe that SALIBURY produced the three images described in paragraph 11 above. All three videos appear to have been produced at a time when SALISIBURY was living in Maryland ▬▬ ▬▬▬. All three videos depict an adult white male with dark hair, consistent with SALISBURY. The third video was clearly produced by SALISBURY, as his face is seen as he sets up the hidden camera. Furthermore, SALISBURY has a sexual interest in children, as is demonstrated by his extensive of child pornography that was found on the WD Hard Drive and the ASUS Laptop.

17. Based upon the foregoing, I respectfully request that this Court issue an arrest warrant for Christopher SALISBURY, date of birth \*\*/\*\*/1978, for the production of child pornography, in violation of Title 18 U.S.C. § 2251(a).

Respectfully submitted,

Matthew J. Vilcek
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on November 19, 2015.

BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

6